PROB 12B
(7/93)

Report Date: December 22, 2006

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 26 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Daniel Warren Caprai          Case Number: 2:97CR00119-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 6/24/1999            Type of Supervision:   Supervised Release

Original Offense: Conspiracy to Distribute Controlled Substances, 21 U.S.C. § 841(a)(1)

Date Supervision Commenced: December 15, 2006

Original Sentence: Prison - 120 Months; TSR - 48 Months

Date Supervision Expires: December 14, 2010

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

## CAUSE

Due to Ninth Circuit Court ruling, a modification of the substance abuse testing is required to specify the maximum number of tests taken by the U.S. Probation Officer.

Respectfully submitted,

by  /s/ Curtis G. Hare

Curtis G. Hare
US Probation Officer/EM Specialist
Date: December 22, 2006

THE COURT ORDERS

[ ]     No Action
[ ]     The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[ ]     Other

Signature of Judicial Officer

Dec 26 2006

Date